UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| **EFRAIN GARZA,** | § |
| **Plaintiff,** | § |
| VS. | § CIVIL ACTION NO. 7:22-CV-0257 |
| **WESLACO POLICE DEPARTMENT,** *et al.*, | § |
| **Defendants.** | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff EFRAIN GARZA's civil rights action pursuant to 42 U.S.C. § 1983, which had been referred to the Magistrate Court for a report and recommendation. On October 6, 2022, the Magistrate Court issued the Report and Recommendation, recommending that Plaintiff's Motion for Voluntary Dismissal be **GRANTED** and that this case be dismissed without prejudice. The time for filing objections has passed and no objections have been filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error.[1] Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Voluntary Dismissal is **GRANTED**, and Plaintiff's civil rights action is **DISMISSED** without prejudice.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of November 2022.

_____
Micaela Alvarez
United States District Judge

---

[1] As noted by the Fifth Circuit, "[t]he advisory committee's note to Rule 72(b) states that, '[w]hen no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.' " *Douglas v. United States Service Auto. Ass'n*, 79 F.3d 145, 1420 (5th Cir. 1996) (quoting Fed. R. Civ. P. 72(b) advisory committee's note (1983)) *superseded by statute on other grounds by* 28 U.S.C. § 636(b)(1), *as stated in ACS Recovery Servs., Inc. v. Griffin*, No. 11-40446, 2012 WL 1071216, at *7 n. 5 (5th Cir. April 2, 2012).